# Court of Appeals
# of the State of Georgia

ATLANTA, _August 05, 2024_

*The Court of Appeals hereby passes the following order:*

## A24A1784. CHADRUS BROWN v. THE STATE.

A jury found Chadrus Brown guilty of multiple sexual offenses, and we affirmed his convictions on appeal. *Brown v. State*, 346 Ga. App. 245 (816 SE2d 111) (2018). Brown later filed an extraordinary motion for a new trial in which he contended that the trial court had denied him the opportunity to recall an expert witness to testify at his trial. The trial court denied the motion on October 10, 2022, and Brown filed a direct appeal on April 12, 2024. We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for a new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Brown's failure to follow the discretionary review procedure deprives this Court of jurisdiction over this direct appeal.

In addition, even if Brown was entitled to a direct appeal of the order denying the extraordinary motion for a new trial, this appeal is untimely. A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Because Brown's notice of appeal was

filed more than 18 months after entry of the trial court's order denying his extraordinary motion for a new trial, this appeal is untimely.

For each of the above reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/05/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*